UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CECILIA BALDAZO, | ) | 3:12-CV-0532-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 10, 2013 |
| | ) | |
| ELKO COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On September 13, 2013, the District Court granted in part and denied in part defendants' motion for summary judgment (#35). The Court further ordered the parties to file a proposed joint pretrial order within thirty days.

Therefore, the motion to stay discovery pending decision on fully dispositive motion (#23) is **DENIED as moot**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
       Deputy Clerk